Jason H. Alperstein
*alperstein@kolawyers.com*
Brian R. Kopelowitz
*kopelowitz@kolawyers.com*
**KOPELOWITZ OSTROW**
**Ferguson Weiselberg Keechl**
200 SW 1st Avenue, 12th Floor
Fort Lauderdale, FL 33301
Tel.: (954) 525-4100
Fax: (954) 525-4300

*Attorneys for Plaintiffs*,
Bankers Insurance Company,
Bankers Life Insurance Company,
First Community Insurance Company,
and Bankers Specialty Insurance Company

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| | Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |
| Bankers Insurance Company, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-07152-MRP (MANx) |

1         Pursuant to the Stipulation of Dismissal with Prejudice (the "Stipulation") filed September 5, 2012, and good cause appearing,

        IT IS HEREBY ORDERED AS FOLLOWS:

        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice, including all claims asserted and all parties named in the complaint filed on July 22, 2011. Pursuant to the Stipulation, plaintiffs expressly waive any and all rights of appeal in the above-captioned action, and each party shall bear its own costs and attorneys' fees.

        **IT IS SO ORDERED:**

Dated: September 6, 2012

_____
Honorable Mariana R. Pfaelzer
United States District Court Judge